[No. 15051-8-III.    Division Three.    March 25, 1997.]

BEN ALAOUI, ET AL., *Respondents*, v. JOHN MELTER,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-03860-1, William Grant, J. Pro
Tem., entered June 23, 1995. *Affirmed* by unpublished
opinion per Schultheis, A.C.J., concurred in by Kurtz and
Brown, JJ.

[No. 15265-1-III.    Division Three.    March 25, 1997.]

GARY L. OLSON, ET AL., *Respondents*, v. LIDKA
SYKORA, *Appellant*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 93-2-00102-0, Richard W. Miller, J.,
entered October 9, 1995. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Schultheis, A.C.J., and
Thompson, J.

[No. 14707-0-III.    Division Three.    March 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE
ALLEN DAUENHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-1-01205-9, Michael W. Leavitt, J.,
entered February 15, 1995. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, A.C.J.,
and Munson, J. Pro Tem.

[No. 14835-1-III.    Division Three.    March 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER
LEE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-1-00037-0, Wallis W. Friel, J.,
entered March 24, 1995. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Schultheis, A.C.J., and Munson, J. Pro Tem.